FILED: May 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1364

(7:12-cv-00354-FL)

_____

SARA L. FOX

       Plaintiff - Appellant

v.

LELAND VOLUNTEER FIRE/RESCUE DEPARTMENT, INC.; JOHN GRIMES, in his individual and official capacities as Chief of the Department

       Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

    Appendix due: 06/02/2015

    Opening brief due: 06/02/2015

    Response brief due: 07/06/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk